WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phillips & Associates, P.C., an Arizona corporation; Phillips & Associates, an Arizona corporation; and Pacific Law Center, a California corporation,<br><br>    Plaintiffs/Counterdefendants,<br><br>vs.<br><br>Navigators Insurance Company, a New York corporation,<br><br>    Defendant/Counterclaimant.<br><br>_____<br><br>Navigators Insurance Company,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>Robert F. Clarke; Jeffrey L. Phillips; and Robert Arentz,<br><br>    Third-Party Defendants.<br>_____ | No. CV-10-781-PHX-DGC<br><br>**ORDER** |

Plaintiffs seek a declaratory judgment that insurance policies issued by Defendant provide coverage for legal malpractice claims asserted against Plaintiffs and Third-Party Defendant Robert Clark (the "Insureds") in California state court. Doc. 1-1 at 3-13. The Insureds filed motions for leave to amend their pleadings to add a bad faith claim. Docs. 38, 39. On November 22, 2010, the Court issued an order denying the motions to amend. Doc. 50. The Insureds have filed a motion for reconsideration of that order. Doc. 54.

1  Motions for reconsideration "are 'disfavored' and will be granted only upon a
2  showing of 'manifest error' or 'new facts or legal authority that could not have been raised
3  earlier with reasonable diligence.'" *In re Rosson*, 545 F.3d 764, 769 (9th Cir. 2008) (citation
4  and brackets omitted); *see S.E.C. v. Kuipers*, No. 09-36016, 2010 WL 3735788, at *3 (9th
5  Cir. Sept. 21, 2010); LRCiv 7.2(g)(1).  The Insureds do not meet (or even address) this high
6  standard.  They cite no new law or fact that occurred after the Court's decision.  Instead, they
7  re-urge arguments made in their motions to amend, assert new arguments that could have
8  been made in those motions, and ask the Court to rethink its analysis.  In short, the Insureds
9  simply disagree with the order denying leave to amend.  But "[m]ere disagreement with a
10 previous order is an insufficient basis for reconsideration." *Guillen v. Thompson*, No. CV
11 08-1279-PHX-MHM, 2010 WL 3239419, at *2 (D. Ariz. Aug. 16, 2010).

12 **IT IS ORDERED** that the motion for reconsideration filed by Plaintiffs and Third-
13 Party Defendants (Doc. 54) is **denied**.

14 DATED this 9th day of December, 2010.

_____
David G. Campbell
United States District Judge

- 2 -