1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

7

8   Phillips & Associates, P.C., *et al*.,                )   Case No. CV10-0781-PHX-DGC
                                                          )
9              Plaintiffs,                                )
         vs.                                              )        **ORDER**
                                                          )
10   Navigators Insurance Company,                        )
                                                          )
11              Defendant/Counterclaim Plaintiff, )
         vs.                                              )
12                                                        )
     Phillips & Associates, P.C., *et al*.,               )
13                                                        )
              Counterclaim Defendants and Third           )
14           Party Defendants.                            )

15

16       The Court, having reviewed the Stipulated Motion to Dismiss Without Prejudice and

17   all supporting papers herein (Doc. 72), is of the opinion that the Motion should be granted.

18       It is therefore ORDERED that the Motion to dismiss (Doc. 72) is **GRANTED**, and

19

20   this action is hereby dismissed pursuant to Fed. R. Civ. P. 42(a)(2), without prejudice to

21   re-filing same, each party bearing its own costs; and

22       It is further ORDERED that this Court shall retain jurisdiction for purposes of

23

24   reopening of this action on or before January 30, 2012 to allow (1) Navigators to refile its

25   counterclaims in the event of a breach of the Settlement Agreement and/or (2)

26   enforcement of the Settlement Agreement; and

1  It is further ORDERED that the clerk shall remove this action from the docket

2  without prejudice to any party later filing a motion to reopen consistent with the terms of

3  this Order.

4  Dated this 23rd day of May, 2011.

_David G. Campbell_

_____
David G. Campbell
United States District Judge